**E-FILED**
Tuesday, 17 July, 2007  08:57:17 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

_DALE BOREN_
_____ )
        Plaintiff     )
                      )
                      )
vs.                   )          Case No. _07-3185_
                      )
_TOM BOLAND_          )
_____       )
_Hannibal, MO 63401_  )
_____       )
        Defendant(s)  )

## COMPLAINT

☐        42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐        28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒        Other _FRAUD by U.S. mail Service_

_Please note:_  _This form has been created for prisoners but can be adapted for use by non-prisoners._

Now comes the plaintiff, _DALE BOREN_ , and states as follows:

My current address is: _219 W. Adams St. APT-2_
_PittsField, IL 62363_

The defendant _TOM BOLAND_ is employed as _FORD DeaLeR_
_Cars and trucks_  at _Hannibal, MO 63401_
_P.O. Box 1241 – Hyw 61–168 MD_
The defendant _____ is employed as _____
_PHn–573–221–9350_
_____ at _____

The defendant _____ , is employed as _____

_____ at _____

The defendant _____ , is employed as _____

_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses ___ *none*        *NA* _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

**A.** Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes  ☐                    No  ☒

If yes, please describe _____

_____

**B.** Have you brought any other lawsuits in state or federal court while incarcerated?

*NA*        Yes  ☐                    No  ☒

**C.** If your answer to B is yes, how many?  *NA*  Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) ___ *NA* _____

      Defendant(s) ___ *NA* _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

      ___ *NA* _____

   3. Docket Number/Judge ___ *NA* _____

## STATEMENT OF CLAIM

Place of the occurrence _Pittsfield, IL, Hannibal, MO_

Date of the occurrence _4-25-07_

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1. Defendent mailed me by U.S. mail on 4-20-7 a FLYER. the FLYER stated to scratch off your numbers, and if they matched Defendents numbers on Back Page. that I had won a 2007 Ford Fusion car—

2. my numbers matched— I went over there to Dealership. and they told me that I had only won $2.00. they pad me $2.00. this is 1st class Fraud by U.S. mail— which is a Federal offense—

3. I am a Ex-Postmaster, and I know the Postal laws— the Defendent can be sent to Prison for this— Fraud act. By US mail.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I want the Defendent to DeLiveR me a FiRE Red cLoR Best made - 2007 Ford Fusion - all ILLinois sales Tax Paid 2nd title and License Fee Paid - AND - OR I Move the CouRt FoR Punitive monitary DAmages - iN excess oF $ 25,000.00

**JURY DEMAND**          Yes   ☐          No   ☒

Signed this _9_ _ day of  JuLY          2007

*Dale Boren*

( *Signature of Plaintiff* )

| Name of Plaintiff: Dale BOREN | Inmate Identification Number: NA |
|---|---|
| Address: 219 W. adams - APT. 2 PittsField IL 62363 | Telephone Number: 217-440-0010 |

EXHiBiT B                                    7-9-07

This is copy of #2.00 Defendent
Paid me For my 2007 For Fusion, I won,
and he de. FRauded me out of!

Dale Boren

Dale Boren
219 W. Adams Apt. 2
Pittsfield, IL 62363



*Used Car Supercenter*

# MEGA TENT EVENT
## UNDER THE BIG TOP

NEW / USED
WINNER!
YEAR: HAS BEEN
MAKE: MAILED
MODEL: OUT
COLOR: IN THIS
TYPE: MAILING!
Order# DAK-45    Order# DAK-45

IF YOUR NUMBERS MATCH THE NUMBERS INSIDE THIS FLYER...
**YOU OWN IT!**

19276
12961



**2007 FORD FUSION***

DURING THIS SPECIAL, ONE-TIME TENT EVENT WE HAVE hundreds of quality used vehicles that have been acquired from sources all over Missouri. Many are still covered under the original factory warranty. The goal is to sell every car, truck, van & SUV. To make delivery as easy as possible, every vehicle is available with $0 down! with approved credit. These are the guaranteed absolute lowest prices that we've ever offered. Lenders will be on-site to guarantee your approval - plus get TOP DOLLAR for your trade when you bring it to this event.

# DON'T MISS OUT ON THIS OPPORTUNITY TO SAVE BIG!!

## We Must Sell Off 3 Million Dollars In Used Inventory During This Event!

*Sport Utility*   *Minivans*   *Sedans*   *Trucks*   *Sports Cars*

            

FOR FAST CREDIT CONSIDERATION
APPLY ONLINE AT
WWW.GETFASTCREDIT.COM
getfastcredit.com

**4 DAYS ONLY!**

| WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
| --- | --- | --- | --- |
| APRIL 25 | APRIL 26 | APRIL 27 | APRIL 28 |
| 9am-9pm | 9am-9pm | 9am-8pm | 9am-8pm |

# MEGA TENT EVENT

*Tom Boland Off-Site Event*

*3650 Star Dust Dr at WAL-MART® • Hannibal, MO*



Dale Boren, 219 w adams, APT-2, Pittsfield IL 62363

EXHIBIT 43   3:07-cv-03165-JES-BGC   # 1   Page 7 of 7

Dale Boren
219 W. Adams Apt. 2
Pittsfield, IL 62363




DALE BOREN, 219 W. Adams, APT 2, PITTSFIELD IL 62363