UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Dale Boren*
*Pittsfield IL 62363*

Plaintiff,

vs.

*Tom Boland*
*Hannibal, MO 63401*

Defendant(s).

Case No. *07-3185*
(Supplied by Clerk)

PETITION AND AFFIDAVIT FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

I, *Dale Boren*, plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ___ Married ___ Separated ___ Divorced *X*

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( *NA* )  No ( *X* )

B. If so, by whom, what is your position, and what is your pay? *NA*

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
*1996 - I worked for my room and board*

1

D. Have you received money from any other source, including judgments, in the last 12 months? Yes (X) No ( ) If yes, describe each source and state how much you received. Social Security
V-A- $910.00 month total

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? NA

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used. NA

G. How much money do you have in private checking or saving accounts? Less than $400.00

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (X) No

If yes, describe the property and its approximate value: 1998 Ford Car

I. Do you have any debts or obligations? Yes (X) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making. Credit Cards $185.00 month
Rent $225.00 month + utilitys & Food

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

NA

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.
_____N/A_____

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Dale Boren*
SIGNATURE

7-29-07
DATE