

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

July 16, 2007

HD Boren
219 W Adams Street
Apt. 2
Pittsfield, Illinois


Mr. Boren.:

We are in receipt of your complaint form and petition to proceed in forma pauperis. The filing fee for a new civil complaint is $350. Since you have filed a petition to proceed in forma pauperis, we are returning your check in the amount of $100. If your petition to proceed in forma pauperis should be denied, you will be notified of the need to pay the filing fee before your case can proceed.

If you should have any questions, please feel free to call the Clerk's Office at 217/492-4020.


Very truly yours,


s/John M. Waters
JOHN M. WATERS,
Clerk, United States District Court

