**E-FILED**
Thursday, 19 July, 2007  02:48:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DALE BOREN**

vs.                                             Case Number:    **07-3185**

**TOM BOLAND**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XXX   **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** Pursuant to an order entered by the Honorable Jeanne E. Scott: this cause of action is dismissed for Lack of Jurisdiction.  Case closed.---------------------------------------------

ENTER this 19th  day of

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK